STATE OF NEW JERSEY v. RUSSELL WATSON.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY MURPHY.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY J. PERWIN.

February 25, 1975. Petition for certification granted. (See 131 *N. J. Super.* 435)

JOYCE P. JENKINS, MARY BETH HULL BY HER FATHER AND NATURAL GUARDIAN DOUGLAS E. HULL AND DOUGLAS E. HULL, INDIVIDUALLY v. JOSEPH H. RAINNER, RUTHIG TRANSPORATION CORPORATION, GEORGE F. WEAVER AND SAFETY BUS SERVICE.

February 25, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.

HUTTON PARK GARDENS, *ET AL.* v.
WEST ORANGE, TOWN COUNCIL.

February 25, 1975. Certification to Superior Court, Law Division granted.